1                                            Honorable James L. Robart

2

3

4

5

6

7                     UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8

9 MASONRY SECURITY PLAN OF             
WASHINGTON; BAC LOCAL NO. 1 PENSION    Case No. 2:21-cv-00130-JLR
TRUST; BRICKLAYERS AND TROWEL

10 TRADES INTERNATIONAL PENSION FUND;    ORDER OF DISMISSAL
and INDEPENDENT CONTRACTORS AND

11 BRICKLAYERS AND ALLIED
CRAFTWORKERS LOCAL NO. 1

12 APPRENTICE TRAINING TRUST,

13                Plaintiffs,

     v.

14

15 ENCORE INTERIORS, INC., a Washington
corporation d/b/a ENCORE FINISHES, INC.,

16               Defendant.

17       This matter is before the Court on the Parties' stipulation for entry of an order of dismissal

18 with prejudice.   The Court has considered the Parties' stipulation, as well as the pleadings, files,

19 and court records in this matter.

20       Being otherwise fully advised, the Court orders:

21             1.       This matter is dismissed with prejudice;

22             2.       The Court will not award attorney fees and costs to any Party; and

23

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

1

        3.       The Clerk of Court is directed to close the case.

2

3    Dated:  May 4, 2021.

4

5                         Honorable James L. Robart

                              United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER OF DISMISSAL – 2
2:21-cv-00130-JLR

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900